**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LAWANNA BRADFORD,           ) | |
|                              ) | |
|      Plaintiff,              ) | |
|                              ) | Case No.: 1:11-cv-1569-RLV-ECS |
|      v.                      ) | |
|                              ) | |
| ZAKHEIM & ASSOCIATES, P.A.,  ) | |
|                              ) | |
|      Defendant.              ) | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, LAWANNA BRADFORD ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  January 9, 2012              RESPECTFULLY SUBMITTED,

                                     By: /s/ Shireen Hormodzi
                                         Shireen Hormodzi, Esq.
                                         Attorney for Plaintiff
                                         Krohn & Moss, Ltd.
                                         10474 Santa Monica Blvd., Suite 401
                                         Los Angeles, CA 90025
                                         Tel: (323) 988-2400 x 267
                                         Fax: (866) 385-1408
                                         Email: shormozdi@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by way of the CM/ECF System.

                    By:     /s/ Shireen Hormodzi
                                Shireen Hormodzi
                                Attorney for Plaintiff